NIAGARA JUNCTION RAILWAY COMPANY, Appellant, *v.* ERIE RAILROAD COMPANY, Respondent.

Argued January 21, 1955; decided March 10, 1955.

*Lauman Martin, James O'Malley, Jr.,* and *Halcyon G. Skinner* for appellant.

*William G. Conable* and *Albert K. Hill* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOOR-HIS and BURKE, JJ. Taking no part: DYE, J.